# Exhibit 1

Your Honor,

Thank you for the opportunity to correspond with you and explain my situation and my state of mind.

In the past couple of years, I found myself alone and very lonely. I didn't have many people to talk with, so I turned to the internet for chat and verbal companionship. It led me to a web site with younger people without the greatest backgrounds. I joined their conversations and said things and did things I should not have. I realize that my misconduct was beyond inexcusable, and I am so sorry and feel embarrassed and remorseful for what I did.

Since my arrest I have resumed my church life and prayed to become a better person. I am in a much better environment and state of mind now with regular reading about how to make my life more fulfilling. My months of incarceration taught me many things including an understanding of how I want to spend my remaining time on earth. I have received a great amount of help from my family. With their love and understanding and forgiveness from the Lord, I will never do anything again that has any chance of returning me to my previous situation. I will work for my remaining time on earth to be a better person.

Thank you for reading about my life and understanding about my past and my plans for a much better future.

With sincerest regards,

Steven Migdon